John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Izaak D. Schwaiger (SBN 267888)
**SCHWAIGER LAW FIRM**
130 Petaluma Avenue, Suite 1A
Sebastopol, CA  95472
Tel. (707) 595-4414
Fax: (707) 581-1983
E-mail: izaak@izaakschwaiger.com

Attorneys for Plaintiffs TRAVIS SCOTT KING and
BREANNA RAYMUNDO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS SCOTT KING by and through his Guardian Ad Litem, Breanna Raymundo, and BREANNA RAYMUNDO,<br><br>　　　Plaintiffs,<br><br>v.<br><br>RONALD DAVIS and DOES 1-25, inclusive,<br><br>　　　Defendants. | Case No. 3:19-cv-07722-JCS<br><br>**PETITION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN *AD LITEM***<br><br>Date:  January 10, 2020<br>Time: 9:30 a.m.<br>Courtroom: G, 15th Floor, 450 Golden Gate Avenue, San Francisco<br><br>Judge: The Hon. Vince Chhabria |

Plaintiff Travis Scott King presents this Petition and Proposed Order to nominate his daughter and co-plaintiff, Breanna Raymundo, as his Guardian Ad Litem as follows.

1. Mr. King commenced an action in this Court by filing a complaint concurrently with this petition against Ronald Davis and Does 1-25 for damages arising out of civil-rights violations. The complaint alleges defendants violated plaintiffs' First, Fourth, Eighth, and Fourteenth Amendments rights.

2. The incident which gives rise to this case is also the reason Mr. King requires a Guardian Ad Litem.

3. On September 21, 2018, Mr. King was an inmate at the San Quentin State Prison, receiving care as a patient at the Marin General Hospital. Defendant Ronald Davis was the prison's Warden. Defendants Does 1-8, whose names and identities have yet to be ascertained, were the assailants who beat Mr. King so brutally he suffered from a hypoxic brain injury. Because of this assault, Mr. King now has the mental capacity of a two-year-old, is mostly blind, and nonverbal. He is permanently disabled and incapable of self-care or independent living.

4. After Mr. King was released from Marin General, the California Department of Corrections and Rehabilitation (CDCR) transferred him to a California Medical Facility from December 2018 until his release from custody in March 2019. Since then, Mr. King has been hospitalized or cared for at various skilled-nursing facilities around the state.

5. In November 2018, the CDRC sought and obtained an Order and Decision for Lack of Capacity from the State of California Office of Administrative Hearings, Case No. 2018110150, in response to its Petition for Capacity Determination, in favor of Ms. Raymundo.

6. Ms. Raymundo is a competent and responsible person, fully competent to act as her co-plaintiff's and father's guardian ad litem. Ms. Raymundo is willing to act as guardian ad litem for Mr. King demonstrated by her below consent.

7. Ms. Raymundo may be contacted through her attorneys, Izaak D. Schwaiger, 130 Petaluma Avenue, Suite 1A, Sebastopol, CA 95472, or, John Houston Scott, Scott Law Firm, 1388 Sutter Street, Suite 715, San Francisco, CA 94109.

**Consent of Nominee**

I, Breanna Raymundo, am the nominee of my father and co-plaintiff, Travis Scott King. By my signature below, I consent to act as guardian *ad litem* for the plaintiff in this action.

Dated: November 22, 2019                By:   *Breanna Raymundo*
                                              Breanna Raymundo

**SCHWAIGER LAW FIRM**

Dated: November 22, 2019                By:   /s/Izaak D. Schwaiger
                                              Izaak D. Schwaiger
                                              Attorney for Plaintiffs

**[PROPOSED] ORDER**

The petition for an order appointing Breanna Raymundo as guardian *ad litem* for plaintiff Travis Scott King is GRANTED without prejudice to any objections by defendants once they appear. **IT IS SO ORDERED.**

Dated: December 19, 2019

UNITED STATES DISTRICT JUDGE
FOR NORTHERN DISTRICT OF CALIFORNIA