1  XAVIER BECERRA
   Attorney General of California
2  DAMON G. MCCLAIN
   Supervising Deputy Attorney General
3  ROBERT W. HENKELS
   Deputy Attorney General
4  State Bar No. 255410
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 510-3575
6   Fax: (415) 703-5843
    E-mail: Robert.Henkels@doj.ca.gov
7  *Attorneys for Defendant
   R. Davis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRAVIS SCOTT KING by and through his Guardian Ad Litem Breanna Raymundo, and BREANNA RAYMUNDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**RONALD DAVIS AND DOES 1-25, inclusive,**<br><br>Defendants. | 3:19-cv-07722-VC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>Judge: The Honorable Vince Chhabria<br>Action Filed: November 22, 2019 |

Defendant Ronald Davis (Defendant) and Plaintiff Travis Scott King (Plaintiff), by and through their counsel of record, agree and stipulate as follows:

1. Plaintiff filed his complaint seeking damages under 42 U.S.C. § 1983 against Ronald Davis, the former warden at San Quentin State Prison, on November 22, 2019. On March 4, 2020, this Court directed Plaintiff to amend his complaint based on information about potential parties provided him by defense counsel, and ordered Defendants to respond to the amended complaint by March 25, 2020.

2. Plaintiff filed his First Amended Complaint on March 5, 2020, adding D. Dews, C. Nee, and J. Tran as defendants. Plaintiff effectuate service of Defendants D. Dews and J. Tran on March 11, 2020, but Defendant C. Nee is apparently no longer employed by the California Department of Corrections and Rehabilitation (CDCR), and has yet to be served.

3. CDCR is retaining outside counsel for Defendant Tran and intends to do the same for Defendant Nee when he is served, and thus the California Attorney General's Office—including current defense counsel—will not be representing those two Defendants.

4. The Governor for the State of California has recently issued a state-wide shelter-in-place order to slow the rate of infection of the Covid-19 virus. And CDCR's nonessential employees, and all nonessential attorneys with the Attorney General's office, including defense counsel, have been instructed to work from home. It has taken the State's employees some time to adapt, and CDCR employees must currently focus their efforts on their response to the Covid-19 pandemic. Accordingly, while CDCR's employees are still making every effort to accomplish business as usual, ordinary tasks unrelated to the CDCR's response to the Covid-19 virus are taking much longer than usual to complete.

5. Given these circumstances, CDCR is still in the process of retaining counsel for Defendants Tran and Nee.

6. The parties in this matter have met and conferred regarding these circumstances, and agree that good cause supports an order extending Defendants' time to respond to Plaintiff's First Amended Complaint by fourteen days (14), to April 9, 2020. Counsel for Defendant Davis is informed and believes that fourteen days should be sufficient for CDCR to accomplish this task.

///
///
///

6. The parties have not previously requested an extension of time.

**IT IS SO STIPULATED.**

**LAW OFFICES OF IZAAK D. SCHWAIGER**

Dated: March 24, 2020    By: /s/ *Izaak D. Schwaiger*_____
IZAAK D. SCHWAIGER
Attorney for Plaintiffs TRAVIS SCOTT KING
And BREANNA RAYMUNDO

**OFFICE OF THE ATTORNEY GENERAL**

Dated: March 24, 2020    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

___/s/ *Robert W. Henkels*_____
ROBERT W. HENKELS
Deputy Attorney General
*Attorneys for Defendant R. Davis*

**ORDER OF THE COURT**

The Court, having read the parties' stipulation, and good cause appearing, hereby **EXTENDS** defendants' time to respond to Plaintiff's First Amended Complaint by fourteen days, to April 9, 2020.

**PURSUAN TO STIPULATION, IT IS SO ORDERED.**

Dated: March 30, 2020    _____
United States District Judge Vince Chhabria

SF2020200106
21862264.docx

# CERTIFICATE OF SERVICE

Case Name: <u>**T. King et al. v. R. Davis**</u>  No. <u>**3:19-cv-07722-VC**</u>

I hereby certify that on <u>March 24, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 24, 2020</u>, at San Francisco, California.

| R. Lagumen | */s/ R. Lagumen* |
|---|---|
| Declarant | Signature |

SF2020200106
21862260.docx