**SAVAGE DAY**
Kelly Savage Day (SBN 235901)
101 Lucas Valley Rd., Suite 272
San Rafael CA 94903
T: (415) 259-6624
kelly.savageday@savageday.com
Attorney for Defendants
CALVIN NEE and JOHN TRAN

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVIS SCOTT KING by and through his Guardian Ad Litem Breanna Raymundo, and BREANNA RAYMUNDO,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD DAVIS AND DOES 1-25, inclusive,<br><br>Defendants. | **CASE NO. 3:19-cv-07722-VC**<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>Judge: The Honorable Vince Chhabria<br><br>Action Filed: November 22, 2019 |

T

Defendants Ronald Davis, DeMichael Dews, Calvin Nee, and John Tran (collectively Defendants) and Plaintiffs Travis Scott King and Breanna Raymundo (collectively Plaintiffs), by and through their counsel of record, agree and stipulate as follows:

1. Plaintiffs filed their complaint seeking damages under 42 U.S.C. § 1983 against Ronald Davis, the former warden at San Quentin Prison, on November 22, 2019. On March 4, 2020, this Court directed Plaintiffs to amend their complaint based on information about potential parties provided to them by defense counsel and ordered Defendants to respond to the amended complaint by March 25, 2020.

2. Plaintiffs filed their First Amended Complaint on March 5, 2020, adding DeMichael Dews, Calvin Nee, and John Tran as defendants. Plaintiffs effectuated service of

1  Defendants Dews and Tran on March 11, 2020. Plaintiff effectuated service on Defendant Nee
2  on March 27, 2020.
3       3.   The California Department of Corrections and Rehabilitation (CDCR) retained
4  counsel for Defendants Tran and Lee on April 8, 2020. Counsel will need time to speak with her
5  clients and prepare her responsive pleading.
6       4.   The Governor for the State of California has recently issued a state-wide shelter in
7  place order to slow the rate of infection of the Coronavirus. And CDCR's nonessential
8  employees, and all nonessential attorneys with the Attorney General's office, including defense
9  counsel, have been instructed to work from home. It has taken the State's employees some time
10 to adapt, and CDCR employees must currently focus their efforts on their response to the
11 COVID pandemic. Accordingly, while CDCR's employees are still making every effort to
12 accomplish business as usual, ordinary tasks unrelated to the CDCR's response to the
13 Coronavirus are taking much longer than usual to complete.
14      5.   The parties in this matter have met and conferred regarding these circumstances
15 and agree that good cause supports an order extending Defendants' time to respond to Plaintiff's
16 First Amended Complaint by fourteen (14) days, to April 23, 2020.
17      6.   The parties have previously stipulated to one fourteen (14) day extension of time.

DATED: April 9, 2020            SAVAGE DAY

                                By: s/Kelly Savage Day
                                    KELLY SAVAGE DAY
                                    Attorney for Defendant
                                    CALVIN NEE and
                                    JOHN TRAN

DATED: April 9, 2020  LAW OFFICES OF IZAAK D. SCHWAIGER

By: s/Izaak D. Schwaiger
    IZAAK D. SCHWAIGER
    Attorney for Plaintiffs TRAVIS SCOTT KIND
    And BREANNA RAYMUNDO

DATED: April 9, 2020  OFFICE OF THE ATTORNEY GENERAL

By: s/Robert Henkels
    ROBERT HENKELS
    Attorney for Defendants
    RONALD DAVIS and
    DEMICHAEL DEWS

**ORDER OF THE COURT**

The Court, having read the parties' stipulation, and good cause appearing, hereby **EXTENDS** Defendants' time to respond to Plaintiff's First Amended Complaint by fourteen (14) days, to April 23.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 13, 2020  _____
    U.S. DISTRICT JUDGE, VINCE CHHABRIA

## DECLARATION OF SERVICE

Case Name: **T. King, et al. v. R. Davis, et al.**
No.: **3:19-cv-07722-VC**

I hereby certify that on April 9, 2020, I electronically filed the following documents with the Clerk of Court by using the CM/ECF system:

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT; [PROPOSED] ORDER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 9, 2020, at Tiburon, California.:

Kelly Savage Day                                                                        */s/ K. Savage Day*
Declarant                                                                                   Signature