IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRAVIS SCOTT KING by and through his Guardian Ad Litem Breanna Raymundo, and BREANNA RAYMUNDO,**<br><br>Plaintiffs,<br><br>v.<br><br>**RONALD DAVIS AND DOES 1-25, inclusive,**<br><br>Defendants. | 3:19-cv-07722-VC<br><br>[PROPOSED] **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME [L.R. 6-2]**<br><br>Judge:          The Honorable Vince Chhabria<br>Trial Date:    September 13, 2021<br>Action Filed: November 22, 2019 |

Plaintiffs King and Raymundo, Defendants Tran and Nee, and Defendants Davis and Dews, by and through their counsel of record, submitted a stipulated request for an order changing time. Having read and considered the stipulation, and the accompanying Declaration of Robert W. Henkels, and good cause appearing, the parties' stipulated request for an order changing time is **GRANTED.**

///

///

///

The deadlines set forth in the Court's April 15, 2020 Scheduling Order (ECF No. 34) are modified and changed as follows:

| Event | Current Deadline [ECF 34] | Proposed Modified Deadline |
|---|---|---|
| Close of Fact Discovery | March 15, 2021 | **May 7, 2021** |
| Opening Reports Due | March 22, 2021 | **May 14, 2021** |
| Rebuttal Reports Due | April 12, 2021 | **June 8, 2021** |
| Close of Expert Discovery | April 26, 2021 | **June 18, 2021** |
| Last Day to Hear MSJ | July 8, 2021 | No Change |
| Pretrial Conference | September 13, 2021 | No Change |
| Trial | September 20, 2021 | No Change |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 3, 2021

THE HONORABLE



APPROVED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA