| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | JAY M. GOLDMAN<br>Supervising Deputy Attorney General |
| 3 | ROBERT W. HENKELS, State Bar No. 255410<br>JEAN M. TRENBEATH, State Bar No. 303386 |
| 4 | NASSTARAN RUHPARWAR, State Bar No. 263293<br>Deputy Attorneys General |
| 5 |  455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004 |
| 6 |  Telephone:  (415) 510-4435<br> Fax:  (415) 703-5843 |
| 7 |  E-mail:  Nasstaran.Ruhparwar@doj.ca.gov |
| 8 | *Attorneys for Defendants*<br>*R. Davis and D. Dews* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRAVIS SCOTT KING by and through his Guardian Ad Litem Breanna Raymundo, and BREANNA RAYMUNDO,**<br><br>                       Plaintiffs,<br><br>    v.<br><br>**RONALD DAVIS AND DOES 1-25, inclusive,**<br><br>                       Defendants. | 3:19-cv-07722-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO COMPEL THE SONOMA COUNTY PROBATION DEPARTMENT TO PRODUCE RECORDS IN RESPONSE TO DEFENDANT DEWS' AND DAVIS' RECORDS SUBPOENA**<br><br>Judge:       The Honorable Vince Chhabria<br>Trial Date:   September 13, 2021<br>Action Filed: November 22, 2019 |

     The Sonoma County Probation Department (Probation Department) and Defendants Davis and Dews, by and through their counsel of record, stipulate and agree to request an order to compel the Probation Department, as follows:

     **WHEREAS,** as set forth in the concurrently filed declaration of Nasstaran Ruhparwar, on February 1, 2021, Defendants Davis and Dews served a subpoena requesting the production of various probation records pertaining to Plaintiff Travis Scott King on the Probation Department by February 22, 2021;

1

Stip. and [Prop.] Order to Compel the Sonoma County Probation Dept. (3:19-cv-07722-VC )

1     **WHEREAS,** as set forth in Ms. Ruhparwar's declaration, on January 28, 2021 and January 29, 2021, respectively, the records subpoena to the Probation Department and the corresponding Notice of Subpoena to Produce Records and Notice to Privacy Rights were served on Plaintiffs' counsel and counsel of Defendants Tran and Nee;

    **WHEREAS**, as set forth in Ms. Ruhparwar's declaration, neither Plaintiff Travis Scott King nor any of the other parties to this action have objected to or filed a motion to quash or modify the records subpoena served on the Probation Department;

    **WHEREAS**, the Probation Department and Defendants Davis and Dews have met and conferred on the legal basis to compel the production of the requested records, and agreed that the Probation Department will produce the records subpoenaed by Defendants Davis and Dews upon a Court Order authorizing production of the same; and

    **WHEREAS**, the Probation Department takes the position that the records are confidential court records that cannot be produced absent a showing of good cause and an order from this Court authorizing them to produce the subpoenaed records to Defendants Davis and Dews.

    It is therefore **STIPULATED** and **AGREED** that that the Sonoma County Probation Department will produce the records subpoenaed by Defendants Davis and Dews within 14 days of Notice of this Court's order compelling the production of said documents.

IT IS SO STIPULATED.

Dated: March 1, 2021　　　　　　　　　　SONOMA COUNTY PROBATION
　　　　　　　　　　　　　　　　　　　　　DEPARTMENT

　　　　　　　　　　　　　　　　　　　By:　*/s/ Tambra Curtis*
　　　　　　　　　　　　　　　　　　　　　Tambra Curtis
　　　　　　　　　　　　　　　　　　　　　Deputy County Counsel

2

Stip. and [Prop.] Order to Compel the Sonoma County Probation Dept. (3:19-cv-07722-VC )

Dated:  March 1, 2021

XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

By: /s/ *Nasstaran Ruhparwar*
NASSTARAN T. RUHPARWAR
ROBERT W. HENKELS
JEAN M. TRENBEATH
Deputy Attorney General
*Attorneys for Defendants R. Davis and D. Dews*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 8, 2021 _____

THE HONORABLE [APPROVED — Judge Vince Chhabria]

**CIVIL LOCAL RULE 5-1(A) ATTESTATION**

As required by Local Rule 5-1, I, Nasstaran Ruhparwar, attest that I obtained concurrence in the filing of this document from all signatories and that I have maintained records to support this concurrence.

Dated:  March 1, 2021          /s/ *Nasstaran Ruhparwar*
Nasstaran Ruhparwar

SF2020200106
42571756.docx

3

Stip. and [Prop.] Order to Compel the Sonoma County Probation Dept. (3:19-cv-07722-VC)