UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS SCOTT KING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RONALD DAVIS, et al.,<br><br>    Defendants. | Case No. 19-cv-07722-VC<br><br>**ORDER DENYING REQUEST FOR PRODUCTION**<br><br>Re: Dkt. No. 46 |

The motion to compel is denied as moot given the defendants' promise to provide the verifications by March 12.

**IT IS SO ORDERED.**

Dated: March 11, 2021

VINCE CHHABRIA
United States District Judge