IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVIS SCOTT KING by and through his Guardian Ad Litem Breanna Raymundo, and BREANNA RAYMUNDO,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD DAVIS AND DOES 1-25, inclusive,<br><br>Defendants. | 3:19-cv-07722-VC<br><br>[~~PROPOSED~~] ORDER REGARDING INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF TRAVIS SCOTT KING<br><br>IME Date: April 19, 2021<br>IME Time: 11:00 am<br>Location: Via Video-Conference<br>Judge: The Honorable Vince Chhabria<br>Trial Date: September 13, 2021<br>Action Filed: November 22, 2019 |

    Plaintiffs King and Raymundo, Defendants Tran and Nee, and Defendants Davis and Dews, by and through their counsel of record, submitted a stipulation setting forth the independent medical examination of Plaintiff Travis Scott King pursuant to Rule 35 of the Federal Rules of Civil Procedure. After having read the parties' stipulation, and good cause appearing, the Court

///

///

1

hereby **GRANTS** the parties' request, and directs Plaintiff Travis Scott King to attend an examination consistent with Rule 35 and the parties' stipulated terms.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 19, 2021

THE HONORABLE VINCE CHHABRIA

GRANTED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA