UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS SCOTT KING, et al., | Case No.  19-cv-07722-VC |
| Plaintiffs, | |
| | **ORDER RE DISCOVERY LETTER** |
| v. | Re: Dkt. No. 49 |
| RONALD DAVIS, et al., | |
| Defendants. | |

The motion to require the defendants to verify the responses to the requests for admission is denied.

**IT IS SO ORDERED.**

Dated: March 23, 2021

_____

VINCE CHHABRIA
United States District Judge