IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRAVIS SCOTT KING by and through his Guardian Ad Litem Breanna Raymundo, and BREANNA RAYMUNDO,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**RONALD DAVIS AND DOES 1-25, inclusive,**<br><br>Defendants. | 3:19-cv-07722-VC<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME [L.R. 6-2]; ORDER REFERRING CASE TO MAGISTRATE JUDGE LAUREL BEELER FOR SETTLEMENT CONFERENCE**<br><br>AS MODIFIED<br><br>Judge: The Honorable Vince Chhabria<br>Trial Date: September 13, 2021<br>Action Filed: November 22, 2019 |

Plaintiffs King and Raymundo, Defendants Tran and Nee, and Defendants Davis and Dews, by and through their counsel of record, submitted a stipulated request for an order changing time and for an order referring this case for a settlement conference. Having read and considered the stipulation, and the accompanying Declaration of Robert W. Henkels, and good cause appearing, the parties' stipulated requests are **GRANTED.** AS MODIFIED.

///

///

The deadlines set forth in the Court's April 15, 2020 Scheduling Order (ECF No. 34) are modified and changed as follows:

| **Event** | **Current Deadline [ECF 43]** | **Proposed Modified Deadline** |
|---|---|---|
| Close of Fact Discovery | May 7, 2021 | **June 21, 2021** |
| Opening Reports Due | May 14, 2021 | **June 28, 2021** |
| Rebuttal Reports Due | June 8, 2021 | **July 23, 2021** |
| Close of Expert Discovery | June 18, 2021 | **August 2, 2021** |
| Last Day to Hear MSJ | July 8, 2021 | ~~**August 26, 2021**~~ Sept 9, 2021 |
| Pretrial Conference | September 13, 2021 | **November 1, 2021** |
| Trial | September 20, 2021 | **November 8, 2021** |

The parties are also referred to Magistrate Judge Laurel Beeler for settlement conference purposes.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 6, 2021

THE HO